Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____ ▾

_____ Division

| | | |
|---|---|---|
| Erlin Antoine Sanders | ) | Case No. 8:26- cv-1987-JLB-TGW |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ☐ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| MIDFLORIDA Credit Union | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

   A.   **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
   needed.

| | |
|---|---|
| Name | Erlin Antoine Sanders |
| Street Address | 536 SW Carter Avenue, Port St. Lucie, Florida 34983 |
| City and County | St.Lucie, St.Lucie County |
| State and Zip Code | FL, 34983 |
| Telephone Number | 954-864-0177 |
| E-mail Address | erlinsanders80@gmail.com |

   B.   **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an
   individual, a government agency, an organization, or a corporation.  For an individual defendant,
   include the person's job or title *(if known)*.  Attach additional pages if needed.



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | MIDFLORIDA Credit Union |
| Job or Title *(if known)* | |
| Street Address | 129 S. Kentucky Ave.Lakeland, FL 33801 |
| City and County | Lakeland, Polk County |
| State and Zip Code | FL 33801 |
| Telephone Number | (863) 688-3733 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
ARTICLE 1 SECTION 10 : RIGHT TO CONTRACT

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Erlin Antoine Sanders                        , is a citizen of the
State of *(name)*  FLORIDA                        .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*                                  , is incorporated
under the laws of the State of *(name)*                                  
and has its principal place of business in the State of *(name)*
                                  .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*                                  , is a citizen of
the State of *(name)*                                  . Or is a citizen of
*(foreign nation)*                                  .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* MIDFLORIDA Credit Union , is incorporated under

the laws of the State of *(name)* Florida , and has its

principal place of business in the State of *(name)* Florida

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$1,000,000.00 AMOUNT OWED FOR VIOLATION OF TRUST SECURITY AGREEMENT

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
I SENT THE NOTICE OF UNPAID LIEN TO THE COMPANY (WHICH I WILL ATTACH TO THIS CASE), LETTING THEM KNOW ABOUT THE FIRST OBLIGATION TRUST LIEN THAT I NEEDED TO GET TAKEN CARE (WHICH HAD NOTHING TO DO WITH THEM). THEY COMPLETELY IGNORED THE NOTICE AND CONTINUED TO REPORT ACCOUNT ON CREDIT WHICH NOW PUTS THEM AT FAULT FOR THE TRUST LIEN SECURITY AGREEMENT PAY OFF FOR DELAYING AND IGNORING THE FIRST OBLIGATION PAY OFF.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
$1,000,000.00 AMOUNT OWED FOR TRUST SECURITY AGREEMENT VIOLATION

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            JULY 3rd 2026

Signature of Plaintiff        Erlin Antoine Sanders
Printed Name of Plaintiff     Erlin Antoine Sanders

### B.    For Attorneys

Date of signing:            JULY 3rd 2026

Signature of Attorney        Erlin Antoine Sanders
Printed Name of Attorney     Erlin Antoine Sanders
Bar Number
Name of Law Firm
Street Address              536 SW Carter Avenue, Port St. Lucie, Florida 34983
State and Zip Code          FL, 34983
Telephone Number            954-864-0177
E-mail Address              erlinsanders80@gmail.com

Print        Save As...        Add Attachment        Reset

**Name:** Erlin Antoine Sanders

(Trustee)

**Address:** 536 SW Carter Avenue, Port St. Lucie, Florida 34983

**Lien Holder:**MIDFLORIDA Credit Union

**Lien Holder Address:   129 S. Kentucky Ave.Lakeland, FL 33801**

<u>**JULY 3RD 2026**</u>

## <u>Notice of Lien</u>

I Erlin Antoine Sanders (Trustee) of Erlin Antoine Sanders **Revocable Living Trust** send you **Lien Holder**, a notice letting you know there is a lien on Erlin Antoine Sanders Assets which includes the following:

MIDFLORIDA Credit Union

NO ASSETS OR MONEY Can be Recouped Until The lien of **$1,000,000.00** is PAID IN FULL to The Erlin Antoine Sanders **Revocable Living Trust,**

If You Violate this notice by NO RESPONSE, CONTINUE TO REPORT the Listed Assets or even Send a Letter stating you will CONTINUE TO REPORT the Listed asset

or assets on Erlin Antoine Sanders **Credit report to credit bureaus after** being notified with this notice, you now opt in to paying Erlin Antoine Sanders **Revocable Living Trust $1,000,000.00** LIEN PAY OFF AMOUNT TO SETTLE VIOLATION WITH ASSET REPORTED AS PAID OFF ON CREDIT mailed to 536 SW Carter Avenue, Port St. Lucie, Florida 34983,

**FOR THE RECORD:** Erlin Antoine Sanders **OPTS OUT OF ANY AND EVERY 3RD PARTY RIGHTS Lien Holder CONTRACT OR IN BUSINESS WITH**

**Thanks,** Erlin Antoine Sanders

(Trustee)